THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Roberta F. Atkins and Colie John C.J. Atkins, Appellants,
 v.
 Bob Capes Realty, Inc. d/b/a Century 21 Bob Capes Realtors, Century 21 Real Estate Corporation, James W. Derrick, Jr., Roger Smith, and Lexington Development and Builder, Inc., Respondents.
 
 
 

Appeal from Richland County
James R. Barber, III, Circuit Court Judge
Memorandum Opinion No. 2007-MO-052
Heard June 20, 2007  Filed July 30, 2007   
AFFIRMED 

 
 
 
 John S. Nichols, of Bluestein & Nichols, LLC, of Columbia; and Thomas P. Bellinger, of McWhirter, Bellinger & Associates, of Lexington, for appellants.
 Mark S. Barrow and Christy E. Mahon, of Sweeny, Wingate & Barrow, P.A., of Columbia, for respondents.
 
 
 

PER CURIAM:  Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  Tatum v. Med. Univ. of South Carolina, 346 S.C. 194, 552 S.E.2d 18 (2001) (trial courts grant of motion to dismiss will be sustained if facts alleged in the complaint do not support relief under any theory of law).
MOORE, A.C.J., WALLER, BURNETT, PLEICONES, JJ., and Acting Justice George C. James, Jr., concur.